(110 So. 920)

Clarence FRENCH v. STATE. (5 Div. 626.) (Court of Appeals of Alabama. Nov.

23, 1926.) Appeal from Circuit Court, Elmore County; Geo. F. Smoot, Judge.

SAMFORD, J. Appeal dismissed.